**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01169-CV

**JAMES PHELPS, ET AL., Appellants**

**V.**

**EFRAIN GARCIA, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07686**

## ORDER

The Court has before it appellant James Phelps's February 11, 2013 third motion to extend time to file appellant's brief and appellees' February 12, 2013 response to that motion. The Court **GRANTS** the motion and **ORDERS** appellant James Phelps to file his brief by February 18, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE